IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Case No. CR417-208-06 |
| ) | |
| CHARMAINE SIMS ) | |

O R D E R

Before the Court is Defendant Charmaine Sims' Motion to Release Funds. (Document 462). After careful consideration, Defendant's motion is **GRANTED**.

**IT IS HEREBY ORDERED** that the Clerk of the United States District Court for the Southern District of Georgia shall cancel the appearance bond on behalf of Defendant and exonerate the obligor thereon.

The Clerk is hereby **DIRECTED** to return the $2,000.00, with any accrued interest to: Shavatica Shanell Orr, 20 Red Robin Court, Port Wentworth, Georgia 31407.

**SO ORDERED**, this ___31ST___ day of October 2018.

WILLIAM T. MOORE, JR., JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2018 NOV -1 AM 10:59
CLERK
SO. DIST. OF GA.